UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | |
|---|---|
| MALIBU MEDIA, LLC, </br></br>  Plaintiff, </br></br> v. </br></br> JOHN DOE, subscriber assigned IP address 70.140.100.207, </br></br>  Defendant. | Civil Action Case No. 4:17-cv-00473 |

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Ning Zhuang, subscriber assigned IP address 70.140.100.207 ("Defendant") through her counsel, Melissa Brabender, Esq.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses John Doe from this action with prejudice.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 3, 2017

1

          Respectfully submitted,

          **LOWENBERG LAW FIRM, PLLC**
By:   */s/ Michael J. Lowenberg*
          **MICHAEL J. LOWENBERG**
          Federal Bar No. 22584
          Texas Bar No. 24001164
          Email: Mike@thetexastriallawyers.com
          **ANDREW D. KUMAR**
          Federal Bar No. 1409965
          Texas Bar No. 24075913
          Email: Andrew@thetexastriallawyers.com
          7941 Katy Freeway, Suite 306
          Houston, Texas 77024
          Telephone: (832) 241-6000
          Telecopier: (832) 241-6001

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 3, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

          By: */s/ Michael J. Lowenberg*
          MICHAEL J. LOWENBERG, ESQ.